IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 12-67-RGA |
| | : | |
| KEITH ALLEN COOPER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is given that defendant Keith Allen Cooper, by his attorney, Assistant Federal Public Defender Daniel I. Siegel, hereby appeals to the United States Court of Appeals for the Third Circuit, from the final judgment entered on May 2, 2013, by the Honorable Richard G. Andrews of the United States District Court for the District of Delaware.

Dated: May 3, 2013

/s/ Daniel I. Siegel
DANIEL I. SIEGEL, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
for the District of Delaware
800 King Street, Suite 200
Wilmington, DE  19801
302-573-6010
Email:  de_appeals@fd.org