UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2324
_____

UNITED STATES OF AMERICA

v.

KEITH ALLEN COOPER,
Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
District Court No. 1-12-cr-00067-001
District Judge: The Honorable Richard G. Andrews
_____

Argued  January 8, 2014

Before: SMITH, SHWARTZ, and SCIRICA, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of Delaware and was argued on January 8, 2014. On consideration whereof, it is now hereby ADJUDGED and ORDERED that the order of the District Court entered December 4, 2012, be and the same is hereby

Case: 13-2067 Document: 003111584451 Date Filed: 04/10/2014

AFFIRMED. All of the above in accordance with the opinion of this Court.

Attest:

s/ Marcia M. Waldron
Clerk

DATED: April 10, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** May 16, 2014

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**